**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAYMING CHANG, *et al.*,<br>  Plaintiffs<br><br>  v.<br><br>UNITED STATES, *et al.*,<br>  Defendants.<br>_____ | :<br>:<br>:<br>:  CONSOLIDATED CASE<br>:  No. 02 CV 2010 (EGS)<br>:<br>:  Next court event: Status<br>:  Conference: November 25, 2003<br>: |

**STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS FRANKLIN JONES, ERIKA RUSK, AND KERI RASMUSSEN PURSUANT FED. R. CIV. P. 41(a)(1)(ii)**

Plaintiffs, Franklin Jones, Erika Lusk, and Keri Rasmussen (collectively, the "Jones Plaintiffs"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby voluntarily dismiss without prejudice, as settled, their claims and actions in the above-captioned case. The parties will file a stipulation of dismissal with prejudice upon performance of the terms of their settlement agreement.

Respectfully submitted.

/s/ Brian C. Malone
Brian C. Malone, Esquire (D.C. Bar # 464544)
Arlington, VA 22201
2410 N. Washington Boulevard
(703) 283-9918
Counsel for Jones Plaintiffs

**DESO, THOMAS, BUCKLEY & STIEN, P.C.**

/s/ Robert E. Deso
Robert E. Deso, Esquire, Bar No. 174185
1828 L Street, N.W., Suite 600
Washington, D.C. 20004
Tel: 202/822-6663
Counsel for Defendant Peter J. Newsham

ROBERT J. SPAGNOLETTI
Corporation Counsel, D.C.

/s/ Robert C. Utiger
ROBERT C. UTIGER (437130)
Deputy Corporation Counsel
Equity Division

/s/ Thomas L. Koger
THOMAS L. KOGER (427921)
Senior Litigation Counsel

441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6610

                Attorneys for Defendants District of
                Columbia, Anthony A. Williams and
                Charles H. Ramsey