**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
RAYMING CHANG, et al.,         )
                               )
        Plaintiffs,            )
                               )
    v.                         )   Civ. Action No. 02-2010 (EGS)
                               )
UNITED STATES, et al.,         )
                               )
        Defendants.            )
_____)

_____
                               )
JEFFREY BARHAM, et al.,        )
                               )
        Plaintiffs,            )
                               )
    v.                         )   Civ. Action No. 02-2283 (EGS)
                               )
CHARLES H. RAMSEY, et al.,     )
                               )
        Defendants.            )
_____)

_____
                               )
FRANKLIN JONES, et al.,        )
                               )
        Plaintiffs,            )
                               )
    v.                         )   Civ. Action No. 02-2310 (EGS)
                               )
DISTRICT OF COLUMBIA, et al.,  )
                               )
        Defendants.            )
_____)
```

```
_____
                               )
JULIE ABBATE, et al.,          )
                               )
        Plaintiffs,            )
                               )
    v.                         )    Civ. Action No. 03-767 (EGS)
                               )
CHARLES H. RAMSEY, et al.,     )
                               )
        Defendants.            )
_____)
                               )
                               )
JOEL DIAMOND, et al.,          )
                               )
        Plaintiffs,            )
                               )
    v.                         )    Civ. Action No. 03-2005(EGS)
                               )
DISTRICT OF COLUMBIA, et al.,  )
                               )
        Defendants.            )
_____)
```

## ORDER

Pursuant to the status conference held on November 25, 2003, and for the reasons given in open court, it is hereby

**ORDERED** that all pending motions filed prior to the September 24, 2003, Order on consolidation and class certification are **DENIED;** and it is

**FURTHER ORDERED** that all pending dispositive motions are **DENIED WITHOUT PREJUDICE;** and it is

**FURTHER ORDERED** that all pending motions for discovery, motions for consolidation for purposes of discovery and trial, the *Chang* plaintiffs' motion for leave to file a sur-reply, and motions for extension of time are **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that all Defendants shall file responsive pleadings by no later than **December 9, 2003**; and it is

**FURTHER ORDERED** that discovery shall commence on **December 9, 2003,** and conclude by no later than **June 30, 2004**; and it is

**FURTHER ORDERED** that discovery shall not be duplicative, and that each party shall provide prior notice to all other parties as to any planned discovery; and it is

**FURTHER ORDERED** that discovery conducted in any one of these cases may be used by the parties in all or any of these cases; and it is

**FURTHER ORDERED** that these cases are referred to Magistrate Judge Kay for the purpose of resolving discovery disputes; and it is

**FURTHER ORDERED** that the parties submit a proposed order concerning a stay of discovery as to the defendants invoking qualified immunity defenses by no later than **December 5, 2003**;

and it is

**FURTHER ORDERED** that, upon representations of counsel that a settlement has been reached, *Jones v. District of Columbia, et al.,* 02-2310, is **DISMISSED WITHOUT PREJUDICE** and removed from the active calendar of the Court; and it is

**FURTHER ORDERED** that the previously scheduled **February 11, 2004,** motions hearing will address only the pending motions pertaining to qualified immunity; and it is

**FURTHER ORDERED** that a status hearing is scheduled in all cases for **April 6, 2004, at 10:00 a.m.** in Courtroom One; and it is

**FURTHER ORDERED** that the Clerk of the Court provide the Honorable Alan Kay with a copy of this order.


**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            November 25, 2003**